UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JORGE IVAN PEREZ FLORES,** | Civil Action No. 25-17865 (SDW) |
| Petitioner, | |
| v. | **ORDER** |
| **ERIC ROKOSKY, et al.,** | |
| Respondents. | |

This matter comes before this Court on Petitioner Jorge Ivan Perez Flores's motion to enforce the judgment ("Motion") (ECF No. 4), and Respondents' answer in opposition (ECF No. 10). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 18th day of December, 2025

**ORDERED** that the Motion at ECF No. 4 is **DENIED**; and it is further

**ORDERED** that the Clerk shall **CLOSE** this matter.

_____
Hon. Susan D. Wigenton,
United States District Judge